# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 405 EAL 2013
:
             Petitioner :
: Petition for Allowance of Appeal from the
: **Unpublished Memorandum and Order**
        v. : of the Superior Court at No. 739 EDA
: 2012 filed July 22, 2013, **vacating** the
: Judgment of Sentence of the Philadelphia
CARMEN  ROSSI, : Court of Common Pleas at No.
: CP-51-CR-0001302-2011 filed February 3,
          Respondent : 2012

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of August, 2014, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the matter is **REMANDED** to that court for reconsideration in light of <u>Commonwealth v. Castro</u>, 19 EAP 2013, 2014 Pa. Lexis 1515 (Pa. filed June 16, 2014).  Jurisdiction relinquished.